# UNITED STATES DISTRICT COURT

for the

Middle District of North Carolina

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

A GREEN APPLE IPHONE WITH A CLEAR CASE
IN THE POSSESSION OF THE FEDERAL BUREAU
OF INVESTIGATION

Case No. 1:22MJ _466_

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the _____ Middle _____ District of _____ North Carolina _____ , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threatening to assault or murder a Federal law enforcement officer with intent to impede, intimidate, or interfere, or with intent to retaliate against the officer |
| 18 U.S.C. § 875(c) | Transmit in interstate commerce a communication with threat to injure a person |

The application is based on these facts:

See attached Affidavit

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/S/ Max S. Wooten

*Applicant's signature*

Max S. Wooten, Task Force Officer, FBI

*Printed name and title*

On this day, the applicant appeared before me via reliable electronic means, that is by telephone, was placed under oath, and attested to the contents of this Application for a search warrant in accordance with the requirements of Fed. R. Crim. P. 4.1.

Date: 11/23/2022

_Judge's signature_

City and state: Winston-Salem, North Carolina

The Honorable Joi Elizabeth Peake, U.S. Magistrate Judge

*Printed name and title*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH
## WARRANT FOR A GREEN APPLE IPHONE WITH A CLEAR CASE IN THE
## POSSESSION OF THE FEDERAL BUREAU OF INVESTIGATION

I, Max S. Wooten, being duly sworn, hereby depose and state as follows:

### INTRODUCTION

1.     Your Affiant is employed as a Corporal with the Winston-Salem Police
Department (WSPD) and has been so employed since 2004. I am currently assigned
to the Charlotte Division, Greensboro Resident Agency Office of the Federal Bureau
of Investigation as a Task Force Officer (TFO), and have been so since November
2012. In this capacity, I am authorized to investigate matters involving violations of
federal law. I hold the Advanced Law Enforcement Certificate issued by the North
Carolina Criminal Justice Training and Education Standards Commission.

2.     Your Affiant has conducted and assisted with numerous investigations
involving the commission of violent crimes, such as shootings, aggravated assaults,
threatening communications, etc. Through instruction, training, experience,
participation in investigations, and the exchange of information with other law
enforcement, your Affiant has become familiar with the manner in which people
commit these violent acts and the methods, language, and terms that are used to
further their criminal activities.

3.     This Affidavit is made in support of an application under Rule 41 of the
Federal Rules of Criminal Procedure for a warrant to search the cellular device
described as a green Apple iPhone in a clear case (the "Subject Device"), which is more

fully described in Attachment A, that was seized from Stephen Jike Williams during his arrest on November 18, 2022, in the Middle District of North Carolina, and which is now in the possession of the Federal Bureau of Investigation and located in the same District. The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is based upon information I have gained through this investigation, as well as information from other law enforcement officers and individuals associated with this investigation. I have set forth facts that I believe are necessary to establish probable cause to believe that violations of 18 U.S.C. § 115(a)(1)(B) (threatening to assault or murder a Federal law enforcement officer with intent to impede, intimidate, or interfere, or with intent to retaliate against the officer) and 18 U.S.C. § 875(c) (transmit in interstate commerce a communication containing a threat to injure another person), have been or are being committed by Stephen Jike Williams, and that evidence of these crimes, contraband or other items illegally possessed, and property designed for use, intended for use, or used in committing these crimes will be found in data stored on the Subject Device.

4.      The information contained in this affidavit is provided for the limited purpose of establishing probable cause in support of a search warrant for the Subject Device described herein and in Attachment A; therefore, I have not included each and every fact known to me concerning this investigation.

## JURISDICTION

5.     A "magistrate judge with authority in the district . . . has authority to issue a warrant to search for and seize a person or property located within the district." Fed. R. Crim. P. 41(b)(1). "Property" includes "documents, books, papers, any other tangible objects, and information." Fed. R. Crim. P. 41(a)(2)(A). A search and seizure warrant may be "issued for any of the following: (1) evidence of a crime; (2) contraband, fruits of crime, or other items illegally possessed; (3) property designed for use, intended for use, or used in committing a crime; or (4) a person to be arrested or a person who is unlawfully restrained." Rule 41(c).

## RELEVANT STATUTES

6.     18 U.S.C. § 115(a)(1)(B) criminally punishes "Whoever . . . threatens to assault, kidnap, or murder . . . a Federal law enforcement officer . . . with intent to impede, intimidate, or interfere with such . . . law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such . . . law enforcement officer on account of the performance of official duties."

7.     18 U.S.C. § 875(c) criminally punishes "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another . . ."

## PROBABLE CAUSE

8.    On September 19, 2022, The Good Information Foundation[1] received an email from Stephen Williams via email address jike7XXX@gmail.com.[2] The title of the email was "Cease and desist all operations." The body of the email reads as follows:

> You are hereby ordered by we the people under the laws of the constitution to cease and desist all defamation and slander of Maga Republicans and Donald Trump. This is Treason an act of war and we will treat you accordingly. You have till the end of the month to print a retraction whistle blow on yourself or I will shut you down personally. Lethal action will be necessary if any physical detainment is attempted when I shut you down. Leave peacefully or your children will forget who you are.

9.    After receiving the email, personnel with The Good Information Foundation provided the email to their attorney, J.B. After that, J.B. provided the email to Special Agent (SA) ███ of the Washington Field Office of the FBI. Based on the verbiage that lethal action would be taken if the business did not cease and desist all defamation and slander of MAGA[3] Republicans and Donald Trump, an investigative assessment was generated by SA ███ so further investigation could be

_____

[1] Based on my review of publicly available information, I know that the Good Information Foundation is a non-profit organization created in 2021 to "tackle the growing information crisis in America that is undermining social trust, harming public health, and damaging the United States democracy. The mission of The Good Information Foundation is to increase the flow of good, factual information that will counter    and    rebut    the    misinformation    and    disinformation."    *See* goodinfofoundation.org, last accessed on October 12, 2022.

[2] This email has been partially redacted by using XXXX to mask some of the numbers in the email address, which appear to correspond with Stephen Jike Williams's date of birth, to protect this personal identifiable information.

[3] MAGA is an abbreviation for "Make America Great Again," the campaign slogan for Donald Trump's successful 2016 presidential campaign.

done regarding the comments in the email and Williams's intent behind the comments.

10. Through law enforcement database searches, FBI personnel identified Stephen Jike Williams, date of birth X/XX/XXXX, residential address of 8303 Trottington Road, Stokesdale, North Carolina, as being the individual that sent the email.[4] FBI personnel also located the following photo for Williams in the North Carolina Department of Motor Vehicles database:



11. On or about September 23, 2022, after determining that Williams resides in North Carolina, the Washington Field Office of the FBI forwarded the investigative assessment to the Greensboro Resident Agency Office of the FBI for further investigation.

12. On October 3, 2022, a female FBI Special Agent (SA) (hereinafter "Special Agent 1") and a male FBI Task Force Officer (TFO) (hereinafter "TFO 1") of

---

[4] This Gmail account contains "Jike" in the email address, Williams's middle name, as well as his date of birth. Additionally, the contact detail with the email address was the name Stephen Williams.

the FBI's Greensboro Resident Agency, who are both sworn federal law enforcement officers, attempted to interview Williams at his residence, 8303 Trottington Road, Stokesdale, which is in Guilford County, within the Middle District of North Carolina. They were driving an unmarked vehicle and were not wearing any clothing with law enforcement markings. TFO 1 and Special Agent 1 planned to approach Williams's residence utilizing the front door and conduct a knock and talk interview. The front door was accessible by walking from the driveway along a concrete pathway to the front porch. TFO 1 and Special Agent 1 parked behind Williams's truck in the center of the driveway approximately 84 feet from the house. There were no gates or fences prohibiting entry on to Williams's property or driveway. There were no signs posted saying "No Trespassing."

13. Upon pulling into the driveway, Special Agent 1 and TFO 1 observed Williams exit his front porch and run towards TFO 1's vehicle. He immediately shouted, "Why the fuck are you on my property?" Special Agent 1 identified herself as an FBI agent with her credentials, which instantly made Williams very angry, and he began yelling that the Department of Justice and the FBI hired a Russian agent to steal the election. Williams screamed multiple times, "Get the fuck off my property!" TFO 1 identified himself as being with the Guilford County Sheriff's Office. Williams briefly turned his attention to TFO 1, but then refocused his attention back on Special Agent 1 and kept screaming and spitting[5] on her through the window of

---

[5] Williams was screaming in such a manner and in close proximity to Special Agent 1, that particles of saliva landed on her as he was screaming at her. "Spitting" as used in this affidavit has that meaning.

TFO 1's vehicle. Special Agent 1 asked Williams why he was so upset, and all Williams would do was lean in the window of TFO 1's vehicle and scream. TFO 1 advised Williams to stop spitting on Special Agent 1. Williams stepped back and continued being irate and hostile.

14. Williams called Special Agent 1 a "bitch" multiple times and stated TFO 1 should arrest Special Agent 1 and have her executed for treason and sedition. Williams stated to Special Agent 1, "I'm going to take you out." TFO 1 asked Williams to clarify what he meant by that comment. He told TFO 1 that "you know what I meant." TFO 1 advised if he was threatening to kill or harm a federal agent, he would be charged for threatening a federal agent. Williams failed to explain whether he meant something other than killing or harming the federal agent and instead asked if Special Agent 1 or TFO 1 had a search warrant.[6] TFO 1 and Special Agent 1 advised they did not have a search warrant, and Williams again said, "get the fuck off of my property!" Williams continued screaming this, so Special Agent 1 and TFO 1 then left Williams's residence without conducting an interview regarding Williams's threat of lethal action in the email received by The Good Information Foundation (*see supra* Paragraph 8).

15. On October 6, 2022, Special Agent 1 called ▮▮▮ of The Good Information Foundation and advised her that Williams was not interviewed due to his irate behavior. During their conversation, Special Agent 1 learned that Williams's email

---

[6] See Paragraph 27 below, regarding Williams's comments about shooting FBI agents in the face.

to The Good Information Foundation was in response to a TikTok video made by a social media influencer that was asked by The Good Information Foundation to produce anti-Trump rhetoric. In the video, the influencer exposed that The Good Information Foundation was paying influencers to post videos and requiring them to use preestablished talking points, one of which the representative of the Foundation could not provide any factual support for. ▇▇▇ told Special Agent 1 that The Good Information Foundation hired an outside company to hire social media influencers to create videos that aligned with their information and beliefs about former President Donald Trump. ▇▇▇ advised Special Agent 1 that The Good Information Foundation received multiple emails in response to the TikTok video, but Williams's email was the most egregious.

16.    On October 7, 2022, the FBI National Threat Operations Center (NTOC) received a submission from a complainant named J.K. J.K. reported that they had observed a TikTok video in which a male subject was threatening to kill FBI agents. J.K. provided NTOC personnel a link to the TikTok video, and advised the video was posted approximately 17 hours before J.K. observed it. The link was uploaded to the investigative assessment already being investigated by the Greensboro Resident Agency of the FBI.

17.    On October 8, 2022, Special Agent 1 contacted J.K. by phone about the TikTok video. J.K. resides outside the state of North Carolina. J.K. indicated they were very disturbed by the video and provided Special Agent 1 a screenshot from the video that showed the TikTok username to be "@jikewilliamsofficial." The screenshot

clearly indicated the video J.K. was referring to was containing the threats made by Williams, which is described in the next paragraph.

18.     On October 9, 2022, Special Agent 1 provided TikTok Inc. a preservation letter for the TikTok video posted by Williams. Your Affiant, along with other FBI personnel, reviewed the video and determined that Williams had posted a TikTok video regarding the encounter with the FBI on October 3, 2022. The video is entitled "Fuck the FBI." Williams said, "The FBI showed up at my house the other day, Monday, a female agent along with a Sheriff." Williams proceeded to make statements about how the FBI is corrupt, and all agents are considered to be "enemy combatants." The video lasted two minutes and eighteen seconds. The video appeared to be filmed in the living room of a residence. In the video, Williams made the following relevant statements:

> FBI showed up at my house the other day, Monday. Female agent along with a sheriff—not packing like that—um, didn't have a warrant, asking me questions about e-mails that I sent . . . .
> . . .
>
> The FBI, at this point in time, has no jurisdiction. If they come to your home, point your weapon at them, open fire on them, and take them out. They are enemy combatants. By the Constitution, they are enemy combatants.
> . . .
>
> Wake up America. Listen, if the FBI—I told the FBI, if you come back, come hot. And if they try to surround my house like that, you tell that fat son of a bitch, Boy, you're a big fucking target. I got a fucking .308.[7]

---

[7] Here, .308 appears to refer to a .308 caliber rifle. .308 caliber ammunition is commonly used in applications including military, law enforcement, competitive sport shooting, and hunting. This caliber is commonly used in rifles for long-range precision shooting.

I'll take that AK-47 from you when I'm done and use it to kill the rest of those motherfuckers and make it look like you did it.

I'm not playing with the fucking FBI. They've been put on fucking notice, if you step back foot on my fucking property, I ain't gonna sit there and talk to you. I'm going to bust your fucking head open with fucking .308s man. I'm going to kill every single one of you, stack you up in your cars and drive you back to headquarters and finish the fucking job.

Fuck the FBI. They are working with foreign agents, they are a corrupt organization, they have no jurisdiction, they have thrown us into basically World War III. We are literally now, at the precipice of World War III with Russia because of their corruption, their failure to investigate corruption, and they are complicit with the death of Ukrainians, of the United States Americans who are going over there and getting killed. They are absolutely out of control. Stand up to em, fight em, shoot em on sight.

19. Below is a screenshot from the video, clearly showing the subject in the

video is Stephen Jike Williams.



20. TFO 1 reviewed the video, specifically the statements where Williams referred to a "fat son of a bitch" and "Boy, you're a big fucking target." TFO 1 was not

sure who Williams was referring to since Williams's threats were primarily directed at FBI agents and TFO 1 identified himself as a sheriff's deputy.

21.     On October 13, 2022, your Affiant located two TikTok videos posted by Williams utilizing username @jikewilliamsofficial. One video was titled "You're 100% right." The other video was titled "no they don't. it's irresponsible and unsportsmanlike, the chance of wounding is way too high." The following are details related to each video:

a. Video "You're 100% right":

This TikTok video shows Williams speaking in the living room of a residence, and the video appears to have been recorded in response to a comment posted by username domicky; however, that comment was not accessible. According to a timeline on the bottom portion of the screen, the video was posted 2 days prior, on October 11, 2022. In Williams's video, he agreed with what was said in the other video regarding the FBI. Williams said the FBI was at his house "last Monday, eight days ago." He stated the FBI did not know he had a fiancé but thought he was a single white male living in poverty, because he reduced his salary. Williams stated the FBI "came out with a female agent and a county sheriff, and they came out unarmed, which was their first mistake." Williams said he "punked" the FBI, "stood them down, kicked them out of the yard," told the FBI not to ever come back, and accused them of treason, sedition, and conspiracy to overthrow the government.

**b. Video "no they don't. it's irresponsible and unsportsmanlike, the chance of wounding is way too high":**

This TikTok video shows Williams speaking in what appears to be a garage area of a residence, and he is replying to a comment made by username 383obs1998. Your Affiant did not view that comment.[8]

It appears Williams was criticizing viewers for their criticism of a previous TikTok video related to long-range shooting. In Williams's video, he states the person in the original shooting video was probably shooting a .338, not a .308. Williams stated, "you better watch your mouth, I've trained with guys like this dude" (referring to the original shooting video) and "he can shoot better than you, he can shoot better than me." Based on Williams's comments in the video, Williams has training and knowledge of firearms.

22.   On or about October 24, 2022, your Affiant observed another TikTok video posted by Williams. Your Affiant did not recall the name of the video, but while reviewing it, your Affiant heard Williams state (paraphrased) that the FBI was corrupt. He further stated that he did not want another "1776" but only wanted peace. Your Affiant attempted to download the video on October 31, 2022; however, your Affiant could not locate the video, most likely due to Williams's @jikewilliamsofficial account being suspended by TikTok.

---

[8] The timeline on the bottom portion of the screen indicated the video was posted 3 days ago; however, your Affiant did not capture a screenshot until October 14. Therefore, this video appears to have been posted the same day as the other video, October 11.

23. On October 31, 2022, your Affiant reviewed other TikTok videos posted by Williams to determine if Williams had made any additional threats towards the FBI or other law enforcement personnel. Your Affiant located a video posted by Williams utilizing account @jikewilliams. The video was titled "On the back of you money the the pyramid the saying underneath it says "new world order" and the eye on top of the pyramid is for the Secret society". The video was posted two days prior, October 29, 2022. In the video, Williams stated he was in his garage. He stated his accounts had been banned and the FBI came to his house on October 3rd. He then preceded to make the following threatening comments in substance and in part:

Listen to me. Stand fucking strong. Pull out your fucking weapons. Fight your federal agents. They left my home. Nobody died. Thank God. Thank God. But I stood'em down. And listen y'all, it's like this. These people wanna come over here and start fucking problems with people like me who was just telling the truth, like this lady. They say I'm crazy, right. [(The camera pans to a table that has something black in color lying on it.)] I'm not fucking crazy, I'm ready for a fucking fight. And I'm not ready to fucking go to Ukraine and fight Russia. I'm ready to shoot fucking FBI agents, CIA agents, and any federal law enforcement agent working for Joe Biden or anybody like Klaus Schwab . . . Australian police, any of them. Execute those motherfuckers on sight. If they wanna fucking de-populate, de-populate *them*.

You fu— . . . I-I-I love y'all on this TikTok shit, whatever, but they're gonna censor the truth. They're gonna shut you down. You're . . . you sound like you're in Europe. What the fuck is the CEO of Pfizer still doing fucking breathing? If I was in a hundred—a thousand yards of that motherfucker, he'd be spitting his fucking teeth out of his mouth. Cause I would shoot him with a three-oh-eight (.308) in the fucking mouth. TikTok is promoting vaccinations, which is death. But they won't—they won't let you—they won't let you put this motherfucker on here. Right? [(Williams holds what appears to be a handgun in a holster up to the camera.)] They won't let you pull—pull this—this motherfucker out [(Williams picks up what appears to be a magazine for a semi-automatic rifle and holds it up to the camera)] and the rifles that are in my fucking— . . . they won't let me show you that, but they'll show you a fucking syringe that kills little kids in their sleep.

They wanna take away our weapons. They wanna take away our ability to communicate. And they wanna do it and they wanna watch y'all bitch and complain and watch me bitch and complain so they know where we're at when it's time to purge us. So, you damn well better start gettin' your fucking weapons ready, start calling your fucking government like I do . . . tell them motherfuckers where they can stick it, and dare'em to fucking bring a fight. And kill every fucking one of'em that you can. Cause we should've did that to the Nazis in 1938, and we didn't. And a hundred million people died. Should've killed Hitler as soon as he took Munich. But you're fucking cowards and you're TikTok. Fucking fight man. Fight!

24.    On October 31, 2022, your Affiant provided TikTok a preservation request for account @jikewilliams. Below is a screenshot from the aforementioned video:



25.    On November 1, 2022, your Affiant obtained a query from the North Carolina Department of Motor Vehicles for Williams. Williams's address listed in the

query was 8303 Trottington Road, Stokesdale, North Carolina. Additionally, your Affiant confirmed with the Guilford County Sheriff's Office that Williams has a valid concealed carry permit that was issued in November 2018.

26.     On November 8, 2022, FBI personnel notified your Affiant of a new video recorded by Williams and posted to @jikewilliams the same day, November 8, 2022. The title of this video was "Heres what confuses me, why is it more believable of some random call than a man who says he is just watering flowers who is actually watering flower," and the video appeared to be in response to a comment made by TikTok user "aethelc." Williams is standing in what appears to be a driveway on the side of a brick multi-level residence consistent with the Subject Premises.

27.     In this video, Williams starts the video by making demeaning comments about police officers in regards to their education and intelligence. Williams then makes the following comments in substance and in part, regarding the FBI:

> FBI came over here on Monday, October 3rd. I didn't end up in handcuffs cause I told them motherfuckers I would shoot them in the fucking face. And I will.

Williams then proceeded to make more demeaning and critical comments about other police officers who had an encounter with a pastor. Then, Williams made the following additional comments in substance and in part related to his own encounter with the FBI on October 3, 2022:

> See, when they came here, I come up on em with a fucking pistol. What are you doin' here? Uh, you sent an email . . . you damn right I sent a email. You guys paid a Russian agent to overthrow the U.S. government. Danchenko . . . the FBI paid a Russian agent, not suspicion, testified to in court, so get the fuck off my property before I ta— . . . I

declare you a . . . an enemy combatant, cause it's my duty to handle you here and now. Y'all need to learn to get some fucking balls on ya.

. . .

Now I'm not saying go out here and commit crimes, and I'm not advocating the shooting of police officers. But you fucking police officers better start fucking gettin' the egos in check. You were nothing in high school. You didn't . . . probably barely graduated college. And just because you look decent in a uniform and you're carrying a weapon . . . ya . . . ya need to bring the ego down. You're not more important than anybody else. Matter of fact, motherfucker, if you come over here to my house pulling shit like that, you gonna be a fuckin' memory. You gonna be in a obituary.

And any FBI agent out there, I'm taking your fuckin' wallets, I'm gonna let your children and wi . . . and, and wives live, but I'm gonna burn down everything you fuckin' own. Just like you're doin' to this fuckin' country. That goes to any FBI agent that out here who wants to from it . . . come and, come and flex on this motherfucker.

Look around you, boy. [(Williams pans the camera around his property and shows his yard.)] I got bunkers out here. Fuckin' . . . I'm fuckin' John Rambo, but smaller, I hide in holes . . . come up and fuckin' . . . like a fuckin' snake. Come over here to my fuckin' house. Fuck that shit. Fuck the FBI.

28.    Below are two screenshots from the video. The first screenshot shows

Williams speaking in the video. The second screenshot shows Williams's property

where he referenced having bunkers and lying in wait for law enforcement.





29.     The evidence as described above shows that Williams has been exchanging communications with other persons on TikTok. Williams has also stated that he is ready to fight and kill FBI agents: "I'm ready for a fucking fight. And I'm not ready to fucking go to Ukraine and fight Russia. I'm ready to shoot fucking FBI agents, CIA agents, and any federal law enforcement agent working for Joe Biden... any of them. Execute those motherfuckers on sight." Additionally, Williams has called on other unknown persons on TikTok to "Stand up to em, fight em, shoot em on sight." Accordingly, there was probable cause to believe that prior to his arrest, Williams could have been planning, preparing for, or conspiring with other unknown persons to commit an attack on Federal law enforcement officers, or FBI offices or buildings.

30.     On November 18, 2022, the Guilford County Sheriff's Office assisted the FBI by conducting a traffic stop of Williams's Suburban and arresting Williams based upon the arrest warrant issued in relation to a criminal complaint in 1:22MJ443, as part of this investigation. The Subject Device was seized from Williams during a search incident to arrest. While on the scene of the vehicle stop, your Affiant observed, in plain view, a black semi-automatic Glock handgun in a black holster in the Suburban. The handgun was partially wedged between the driver's seat and the center console. Since Williams displayed what appeared to be a black handgun in the October 29th TikTok video, FBI personnel seized the handgun from Williams's vehicle as evidence.

31.     Shortly after Williams's arrest, FBI personnel executed a search warrant at Williams's residence, 8303 Trottington Road, Stokesdale, North Carolina.

During the search, several firearms were located throughout the residence and seized as evidence in this investigation. These firearms include, but are not limited to, two loaded .308 caliber rifles and a loaded .223 caliber semi-automatic rifle. One of the .308 caliber rifles and the .223 caliber rifle contained magazines that were consistent with the rifle magazine Williams displayed in the October 29th TikTok video.

## TECHNICAL TERMS

32.    Based on my training and experience, I use the following technical terms to convey the following meanings:

a. Wireless telephone:  A wireless telephone (or mobile telephone, or cellular telephone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include: storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other information on personal calendars; and accessing and downloading information from

the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device.

## ELECTRONIC STORAGE AND FORENSIC ANALYSIS

33.     Based on my knowledge, training, and experience, I know that electronic devices such as cellular telephones can store information for long periods of time. Similarly, things that have been viewed via the Internet are typically stored for some period of time on the device. This information can sometimes be recovered with forensic tools.

34.     *Forensic evidence.* As further described in Attachment B, this application seeks permission to locate not only electronically stored information that might serve as direct evidence of the crimes described on the warrant, but also forensic evidence that establishes how the Subject Device was used, the purpose of its use, who used it, and when. There is probable cause to believe that this forensic electronic evidence might be on the Subject Device because:

> a. Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file).
>
> b. Forensic evidence on a device can also indicate who has used or controlled the device. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.

c. A person with appropriate familiarity with how an electronic device works may, after examining this forensic evidence in its proper context, be able to draw conclusions about how electronic devices were used, the purpose of their use, who used them, and when.

d. The process of identifying the exact electronically stored information on a storage medium that is necessary to draw an accurate conclusion is a dynamic process. Electronic evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrant.

e. Further, in finding evidence of how a device was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium.

35. Based on my experience and knowledge of the TikTok application, I know it can be downloaded to and accessed on a cellular device. Furthermore, based on my review of the threatening TikTok videos posted by Williams that are clearly described in this Affidavit, it appears Williams was utilizing a cellular device to record the videos based on the manner, appearance, and angle at which the videos were recorded.

36.     Based on the aforementioned information, your Affiant has probable cause to believe that Stephen Jike Williams, communicated in person and via TikTok, threats to assault and murder FBI agents, specifically in response to the attempted interview on October 3, 2022. Further, Stephen Jike Williams threatened to murder Special Agent 1 while at his residence, stating, "I'm going to take you out." Williams later stated that he was armed with a pistol at the time he made that statement to Special Agent 1.

37.     Based upon the aforementioned factual information, your Affiant contends there is probable cause to believe that electronically stored data consisting of the telephone number assigned to this cellular telephone, screen name and information, call logs, photographs, contact information, and other electronic means, will be found in a search of the above listed cellular telephone and associated memory media.    There is also probable cause to believe that social media applications, specifically the TikTok app, will be found in a search of the device and will contain information about the videos recorded by Williams that have been described in this Affidavit. Furthermore, the Subject Device may also contain stored electronic communications with unknown persons about the threats that were made and could contain evidence that Williams was planning an attack on Federal law enforcement officers or FBI offices prior to his arrest.

38.     Your Affiant respectfully submits there is probable cause to believe evidence of these crimes, contraband or other items illegally possessed, and property designed for use, intended for use, or used in committing these crimes, more fully

described in Attachment B, will be found in data stored on the Subject Device, described in Attachment A.

39. Based on the forgoing, your Affiant requests that the Court issue the proposed search warrant.

Respectfully submitted,

/s/ Max S. Wooten
Max S. Wooten
Task Force Officer
Federal Bureau of Investigation

In accordance with Rule 4.1(b)(2)(A), the Affiant attested under oath to the contents of this Affidavit, which was submitted to me by reliable electronic means, on this __23__ day of November, 2022, at __10:32__ a.m./p.m.

Joi Elizabeth Peake
United States Magistrate Judge

## ATTACHMENT A

## Property to Be Searched

## ("Subject Device")

This warrant applies to the electronic cellular telephone device that is a green Apple iPhone with a clear case that was seized from Stephen Jike Williams on November 18, 2022, and is currently in possession of the Federal Bureau of Investigation at the Greensboro Resident Agency, which is in Greensboro, North Carolina.

This warrant authorizes the forensic examination of the Subject Device for the purpose of identifying the electronically stored information described in Attachment B.

## ATTACHMENT B

### Particular Property to be Seized

All property, items, records, and information related to violations of 18 U.S.C. § 115(a)(1)(B) (threatening to assault or murder a Federal law enforcement officer with intent to impede, intimidate, or interfere, or with intent to retaliate against the officer) and 18 U.S.C. § 875(c) (transmit in interstate commerce a communication containing a threat to injure another person) (hereinafter the "Subject Offenses"), located within the data contained on the Subject Device described in Attachment A, that constitute evidence of these crimes, contraband or other items illegally possessed, or instrumentalities of these crimes, committed by and involving Stephen Jike Williams, in the form of:

a. The presence of the TikTok social media application on the Subject Device;

b. Files, records, photos, videos, attachments, data, and other electronic records, communications, and information associated with the TikTok social media application contained on the Subject Device that involve:

    i. Evidence of who used, owned, or controlled the TikTok social media application on the Subject Device at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email,

email contacts, "chat," and instant messaging logs, photographs, and correspondence;

ii. Evidence that photos, videos, data, or files were uploaded to or attached to posts on TikTok from the Subject Device;

iii. Electronic evidence stored on the Subject Device associated with the TikTok application, including videos, photographs, direct messages, or other electronic communications, that contain threats against the Federal Bureau of Investigation (FBI), FBI agents, and Federal law enforcement officers, or against FBI property;

iv. Evidence indicating the Subject Device owner's or user's state of mind as it relates to the crimes under investigation, such as direct or circumstantial evidence that the owner or user of the TikTok application on the Subject Device had the intent to impede, intimidate, or interfere with FBI agents' performance of official duties, or had the intent to retaliate against FBI agents for performance of official duties;

v. Electronic evidence stored on the Subject Device associated with the TikTok application, including videos, photographs, direct messages, or other electronic communications that show Williams was planning, preparing for, or conspiring with other unknown persons to commit an attack on Federal law enforcement officers,

or FBI offices or buildings, other Federal government targets, or any other terrorist attack;

vi. Electronic evidence stored on the Subject Device associated with the TikTok application, including videos, photographs, direct messages, or other electronic communications that demonstrate that Williams owned, possessed, purchased, acquired, transferred, manufactured, stored, trained with, or used firearms, explosives, bombs, or other similar lethal devices that could be used by Williams to commit an assault or murder of FBI agents or Federal law enforcement officers, or could be used to commit an attack on FBI offices or buildings; and

vii. Electronic evidence stored on the Subject Device associated with the TikTok application, including videos, photographs, direct messages, or other electronic communications that contain threats of violence towards other persons, organizations, governments, government agencies, or property belonging to such persons, groups, or entities.

c. Files, records, photos, videos, attachments, data, and other electronic records, communications, and information contained on the Subject Device that involve:

i. Evidence of who used, owned, or controlled the Subject Device at the time the things described in this warrant were created, edited,

or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," text message and instant messaging logs, photographs, and correspondence;

ii. Evidence of the attachment of the Subject Device to computers or other electronic storage devices for electronic data or information;

iii. Electronic evidence stored on the Subject Device, including videos, photographs, text messages, direct messages, or other electronic communications that contain threats against the Federal Bureau of Investigation (FBI), FBI agents, and Federal law enforcement officers, or against FBI property;

iv. Evidence indicating the Subject Device owner's or user's state of mind as it relates to the crimes under investigation, such as direct or circumstantial evidence that the owner or user of the Subject Device had the intent to impede, intimidate, or interfere with FBI agents' performance of official duties, or had the intent to retaliate against FBI agents for performance of official duties;

v. Electronic evidence stored on the Subject Device, including videos, photographs, text messages, direct messages, or other electronic communications that show Williams was planning, preparing for, or conspiring with other unknown persons to commit an attack on Federal law enforcement officers, or FBI

offices or buildings, other Federal government targets, or any other terrorist attack;

vi. Electronic evidence stored on the Subject Device, including videos, photographs, text messages, direct messages, or other electronic communications that demonstrate that Williams owned, possessed, purchased, acquired, transferred, manufactured, stored, trained with, or used firearms, explosives, bombs, or other similar lethal devices that could be used by Williams to commit an assault or murder of FBI agents or Federal law enforcement officers, or could be used to commit an attack on FBI offices or buildings; and

vii. Electronic evidence stored on the Subject Device, including videos, photographs, text messages, direct messages, or other electronic communications that contain threats of violence towards other persons, organizations, governments, government agencies, or property belonging to such persons, groups, or entities.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement

officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.